UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

VFC 23 ESQUIRE CORPORATION,

      Plaintiff,

Case No. 11-CV-739

v.

ESQUIRE DEVELOPMENT LLC,

      Defendant.

**ORDER CONFIRMING SHERIFF'S FORECLOSURE SALES,
ORDERING DEFICIENCY JUDGMENT, AND DISCHARGING RECEIVER**

      Plaintiff VFC 23 Esquire Corporation, having obtained a Default Foreclosure Judgment dated January 15, 2013 in its favor;

      Plaintiff VFC 23 Esquire Corporation, having filed a motion for confirmation of sheriffs' sales, having submitted the sheriffs' reports of sale and proofs of publication;

      Plaintiff VFC 23 Esquire Corporation, having provided timely notice of the hearing on its motion via certified mail, return receipt requested;

      Therefore, IT IS HEREBY ORDERD AND ADJUDGED that:

      1.     The sheriffs' sales of the six mortgaged properties are confirmed as fair and reasonable.

      2.     The Clerk of Court is hereby ordered to deliver the Sheriffs' Deeds of Foreclosure for Parcels A, C, D, E, and F to Plaintiff's attorney.

      3.     Third-party bidder, JBRC Investments, Ltd. is ordered to pay Plaintiff's attorney the remainder of the purchase price for Parcel B (the sum of $180,090.00). Upon receipt of payment, Plaintiff shall release the Sheriff's Deed for Parcel B to SBRC Investments, Ltd.

      4.     In the event that third-party bidder JBRC Investments, Ltd. does not timely and completely make payment of $130,090.00 to Plaintiff on or before ten (10) business days from

the date of this Order, the bid deposit of $20,010.00 will be forfeited pursuant to Wisconsin Statute Section 846.17 and paid to Plaintiff.

5. A deficiency money judgment in the amount of $ $1,352,170.02 shall be entered in favor of Plaintiff and against Defendant Esquire Development LLC.

6. The account of the Receiver is approved, and the Receiver is discharged from further duties in this matter.

Dated this 12th day of March, 2014.

BY THE COURT:

William M. Conley
District Judge

10803259.1

2